UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00118-MR

| | | |
|---|---|---|
| NAFIS AKEEM-ALIM ABDULLAH-MALIK, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| FNU PARKER, et al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Stay. [Doc. 18].

Pro se Plaintiff Nafis Akeem-Alim Abdullah-Malik ("Plaintiff") is currently confined at the Mecklenburg County Jail in Charlotte, North Carolina. He filed this action pursuant to 42 U.S.C. § 1983 on March 16, 2022. [Doc. 1]. On June 27, 2022, the Court conducted its initial review of Plaintiff's Complaint and concluded that Plaintiff failed to state any claim for relief. [Doc. 16]. The Court allowed Plaintiff 30 days to file an amended complaint properly stating a claim for relief. [Id. at 16].

Plaintiff now moves to stay these proceedings. [Doc. 18]. As grounds, Plaintiff states that he is in severe, chronic pain and is "being scheduled for extensive cervical & spinal surgery." [Id. at 2]. Plaintiff has also filed a recent

medical record reflecting that such surgery has been offered to him. [Doc. 19]. Plaintiff asks that this matter be stayed "until future notice & recovery of Plaintiff." [Id.]. The Court will deny Plaintiff's motion to stay the proceedings. Plaintiff has failed to state adequate grounds for a stay. The Court, however, will *sua sponte* allow Plaintiff an additional 30 days to file an amended complaint in this matter. If Plaintiff needs further extension of that deadline, he may so move, stating adequate grounds therefor.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 18] is **DENIED** in accordance with the terms of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until August 26, 2022 to file an amended complaint in this matter in accordance with the Court's Order at Docket No. 16.

**IT IS SO ORDERED**.

Signed: July 15, 2022

*[Signature]*

Martin Reidinger
Chief United States District Judge