# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nafis Akeem-Alim Abdullah-Malik, et al **,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:22-cv-00118-MR |
| vs. | ) ) | |
| FNU Parker, et al**,** Defendant(s). | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2022 Order.

September 6, 2022

_____
Frank G. Johns, Clerk
United States District Court